# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DANIEL STORM**
        Petitioner,

    v.                                  Case No. 14-C-0405

**UNITED STATES OF AMERICA and**
**UNITED STATES PAROLE COMMISSION,**
        Respondents.

## ORDER

Respondents seek an extension of time to respond to petitioner's § 2241 petition, citing the recent reassignment of the matter to a different lawyer, its origin in another district, and the applicability of "special parole," which will require consultation with the U.S. Parole Commission. Petitioner objects, but respondents provide good cause for their request. Petitioner fails to show that the request is a tactic to delay, nor does he identify any prejudice. He has been on parole in this matter for many years, and the home confinement condition about which he more recently complained apparently remains on appeal with the Commission.

Petitioner also asks the court to order respondents to comply with a discovery demand he filed. Discovery may be taken in habeas corpus cases on authorization of the court for good cause shown. Rule 6, Rules Governing Section 2254 Proceedings; see also Rule 1(b), Rules Governing Section 2254 Proceedings (indicating that the court may apply these rules to a habeas corpus petition); Maqaleh v. Hagel, 738 F.3d 312, 325-26 (D.C. Cir. 2013). Petitioner makes no such showing.

**THEREFORE, IT IS ORDERED** that respondents' motion for extension of time (R. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner's motion for order to produce and request for production of documents (R. 4) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 24th day of October, 2014.

/s Lynn Adelman
LYNN ADELMAN
District Judge