# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DANIEL STORM**
    **Petitioner,**

  **v.**                 Case No. 14-C-0405

**UNITED STATES OF AMERICA and**
**UNITED STATES PAROLE COMMISSION,**
    **Respondents.**

## ORDER

Petitioner has filed a renewed motion for discovery and an extension of time to file a reply. Petitioner indicates that he has requested certain documents from the Parole Commission but has not yet received a response. Attached to his motion is a letter from the Commission indicating that the request will be processed as soon as possible, but that the Commission's FOIA unit is operating with just one full-time employee.

Rule 6 of the Rules Governing Section 2254 Proceedings allows the judge, for good cause, to authorize a party to conduct discovery. Here, it appears that petitioner will be able to obtain the requested documents through other means. It is therefore unnecessary to authorize discovery at this time. Should the Commission deny his request, he may renew his motion for discovery. His request to extend to January 5, 2015, the time to file a reply will be granted.

**THEREFORE, IT IS ORDERED** that petitioner's renewed motion for discovery (R. 16) is denied without prejudice.

**IT IS FURTHER ORDERED** that petitioner's motion for extension of time to file a reply

(R. 16) is granted.

Dated at Milwaukee, Wisconsin, this 8th day of December, 2014.

/s Lynn Adelman
LYNN ADELMAN
District Judge