UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DANIEL STORM,

      Petitioner,

v.

UNITED STATES OF AMERICA and
UNITED STATES PAROLE COMMISSION,

      Respondents.

Case No. 14-C-0405

## SEALING ORDER

Upon consideration of the Motion to Seal and the accompanying document submitted by the United States in this matter on October 29, 2014, the Court finds that this matter is appropriately kept under seal and, therefore,

**ORDERS** that the Clerk of Court accept for filing under seal the submission made by the United States under the above-captioned matter until further order of the Court.

Dated at Milwaukee, Wisconsin this 8th day of December, 2014.

By the Court:

s/ Lynn Adelman

HONORABLE LYNN ADELMAN
United States District Judge