# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DANIEL STORM**
        **Petitioner,**

  v.                                      Case No. 14-C-0405

**UNITED STATES OF AMERICA and
UNITED STATES PAROLE COMMISSION,**
        **Respondents.**

## ORDER

Petitioner has filed a second renewed motion for discovery and extension of time to file a reply. He presents no new argument in support of discovery other than to indicate that the Commission had not yet responded to his FOIA request and the due date for his reply approaches. I will extend the time for reply, as petitioner requests. The motion for discovery will again be denied without prejudice.

**THEREFORE, IT IS ORDERED** that petitioner's second renewed motion for discovery (R. 19) is denied without prejudice.

**IT IS FURTHER ORDERED** that petitioner's motion for extension of time to file a reply (R. 19) is granted. The reply shall be filed on or before **March 6, 2015**.

Dated at Milwaukee, Wisconsin, this 29th day of December, 2014.

                                          /s Lynn Adelman
                                          LYNN ADELMAN
                                          District Judge